IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY COLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv1037-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING | ) | |
| AUTHORITY, a public | ) | |
| corporation, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 15), it is the ORDER, JUDGMENT and DECREE of the court that this case is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of November, 2014.

                                 /s/ Myron H. Thompson\_\_\_\_
                            UNITED STATES DISTRICT JUDGE